**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2022

**By ECF and Email**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   06/27/22
The request to stay the Defendant's release is
Granted.  An in person bail appeal hearing is set for
June 28, 2022 at 2:00 PM.

    Re:    *United States* v. *Deion Johnson*, S1 22 CR 142 (VSB)

Dear Judge Broderick,

       With this letter, the Government respectfully seeks the Court's review pursuant to 18 U.S.C. § 3145(a)(1) of the release order of United States Magistrate Ona T. Wang delivered orally on the record after the close of business this evening on June 24, 2022 at the presentment of Defendant Deion Johnson in the above-captioned case (the "Release Order").  The Government further respectfully requests that the Court stay the Release Order through whatever date and time proves convenient for the parties to appear before the Court.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

                By: Thomas John Wright
                Thomas John Wright
                Assistant United States Attorney
                (212) 637-2295

cc: Raymond Gazer (Counsel to Defendant Deion Johnson) (by ECF and email)