# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527

Raymond Elvis Gazer, Esq.

> **APPLICATION GRANTED**
> **SO ORDERED** /s/
> **VERNON S. BRODERICK**
> **U.S.D.J.**   3/31/23
>
> The Defendant may go to the funeral and burial, however, Defendant must go directly to the funeral at 1538 Longfellow Avenue, then directly from the funeral to the burial at Rosehill Cemetery and upon its completion return directly home.

*Via Electronic Court Filing*
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   United States of America versus Goddes Earl, et. al., including Deion Johnson

          S1 22 Cr. 00142 (VSB)

Your Honor,

    I write on behalf of my client, Deion Johnson, to respectfully request a temporary modification of the conditions of his release. Currently, a condition of his release is home incarceration. Unfortunately, his aunt, Shirley M. Smith, passed away. Mr. Johnson would like to leave his approved residence to attend her funeral and burial this Monday, April 3rd. The services will be held at Little Mt. Bethel Baptist Church located at 1538 Longfellow Avenue in the Bronx with the viewing commencing at 9 a.m. and the funeral at 10 a.m. The burial will follow immediately after at Rosehill Cemetery in Linden, New Jersey. Should the Court be inclined to grant this request, I would suggest allowing Mr. Johnson, in an abundance of caution, to leave his approved residence from 8 a.m to 3 p.m. on April 3rd.

    Pretrial Services opposes all such requests from defendants who are released to home incarceration unless the death is of an immediate family member such as a parent, child, or sibling, but Mr. Johnson's Pretrial Officer, Courtney DeFeo, did point

out that Mr. Johnson remains fully compliant with all the conditions of his release.  The Government has indicated that they *defer* to Pretrial Services' position concerning the instant request.

　　Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　*Raymond Elvis Gazer*
　　　　　　　　　　　　　　　　　Raymond Elvis Gazer, Esq.