UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :    1:22-cr-00142-VSB-2

     -against-                      :    ORDER
                                    :
Deion Johnson
                                    :
          Defendant
                                    :
-----------------------------------X

Vernon S. Broderick, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include mental health evaluation and treatment as directed.


     Dated: New York, New York
            April  26, 2023


                         SO ORDERED:


                         _____
                         Vernon S. Broderick
                         United States District Judge