# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

February 2nd, 2024

*Via Electronic Court Filing*
Honorable Vernon S. Broderick
United States District Court
Southern  District of New York
40 Foley Square
New York, New York 10007

> Application granted in part and denied in part. Defendant cannot attend sessions in person but may do so by telephone or electronic means.
>
> SO ORDERED:
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE
> 02/06/2024

Re:  United States of America versus G____ including Deion Johnson

S1 22 Cr. 00142 (VSB)

Your Honor,

I write on behalf of my client, Deion Johnson, to request a modification of the conditions of his release.  Mr. Johnson pled guilty on November 17th, 2023, and is scheduled to be sentenced on March 28th, 2024.  He remains at liberty with a condition of his release being home incarceration.  However, Mr. Johnson is a practicing member of the Ifa faith.  He wishes to attend religious instruction at the Ifa Temple, located at 456 South Broadway in Yonkers, New York, on Fridays from 2:30 p.m. until 6:30p.m. from now until the date of his sentence.

Attached is a letter from Mr. Johnson's Elder Priest, Rafael Pena, confirming his desire to have Mr. Johnson attend such instruction.  Pretrial Services does not consent to such requests for defendants on home incarceration as a matter of policy.  The Government defers to their position, and, thus, *objects* to this request.

Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of

this matter.

                                        Respectfully submitted,

                                        Raymond Elvis Gazer, Esq.

Enclosure

C.C.:    The Government and Pretrial Services
          *Via ECF*