# Law Offices of
# Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527·R

Raymond Elvis Gazer, Esq.

_____

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  05/06/2024
>
> Mr. Johnson's electronic monitoring bracelet may be removed on May 9, 2024. However, Mr. Johnson must return to Pretrial Services before 5:00 PM on May 10, 2024 to have the electronic bracelet re-attached.

*Via Electronic Court Filing*
Honorable Vernon S. Broderick
United States District Court
Southern  District of New York
40 Foley Square
New York, New York 10007

    Re:   United States of America versus Goddes Earl, et. al.,
            including Deion Johnson

           S1 22 Cr. 00142 (VSB)

Your Honor,

    I write on behalf of my client, Deion Johnson, to respectfully request a temporary modification of the conditions of his release. On April 29th, 2024, Mr. Johnson was sentenced to 60 months imprisonment. Currently, he remains at liberty subject to home incarceration with an electronic monitoring bracelet, awaiting his surrender date on May 21st. In the interim, he has scheduled an M.R.I. for Friday, May 10th at 11 a.m. He has been informed that he cannot have that procedure while wearing the electronic monitoring bracelet.

    Accordingly, I respectfully request that the Court order the bracelet be temporarily removed solely for the purpose of Mr. Johnson undergoing the M.R.I. Made aware of this request, Pretrial Services states that the removal and replacement of the bracelet would have to take place at their office. Given their office is located in lower Manhattan, some distance away from the location of the M.R.I. at 1650 Grand Concourse in the Bronx, in an abundance of caution, I would ask that the Court order that the bracelet be removed the evening prior to the procedure

on May 9th.  It could then be replaced the following day immediately after.  I have included as an attachment the appointment notification.

    Should the Court have any questions or concerns, I would be happy to address them.  I thank you for your consideration of this matter.

                                         Respectfully submitted,

                                         Raymond Elvis Gazer, Esq.